IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANGELA JORDAN,                 )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:12cv698-MHT
                               )         (WO)
ALABAMA ORTHOPAEDIC            )
SPECIALISTS, P.A.,             )
                               )
    Defendant.                 )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 15), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 14th day of June, 2013.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE

Case 2:12-cv-00698-MHT-CSC   Document 16   Filed 06/14/13   Page 2 of 2